COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Ernal Lee Brown, Jr. (a/k/a Ernal Lee Lewis, Jr.); Mary Ola Brown
                          (a/k/a Mary Ola Lewis and Mary Williams); and Lenthan Dwayne
                          Brown (a/k/a Lenthan Dwayne Lewis) v. Walker Arenson

Appellate case number:    01-17-00515-CV

Trial court case number:  C-1-PB-13-000775

Trial court:              Probate Court No 1 of Travis County

Appellants' counsel filed a motion to withdraw. The motion does not include appellants' telephone numbers, as required by the rule governing attorney withdrawal. *See* TEX. R. APP. P. 6.5(a)(2).

Accordingly, the motion is denied without prejudice to refiling a motion that complies with Rule 6.5.

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
                   ☑ Acting individually    ☐ Acting for the Court

Date: August 3, 2017